# MEMORANDUM ENDORSEMENT

<u>Document Number 24</u>
09 Civ. 4083 (NRB)

<u>Sirius XM Radio, Inc. v. Technology Properties, Ltd., Patriot Scientific Corp., and Alliacense, Ltd.</u>

    For the reasons stated at a conference held on February 17, 2010, the defendants' motion to dismiss on the basis of improper venue pursuant to Fed. R. Civ. P. 12(b)(3) is denied, and their motion in the alternative to transfer venue pursuant to 28 U.S.C. § 1404(a) is granted.
    The case shall be transferred forthwith to the Northern District of California.

**IT IS SO ORDERED.**

DATED:    New York, New York
             February 17, 2010

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/10