Form of Stipulation of Dismissal with Prejudice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORHTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIRIUS XM RADIO INC. | : | No. C10-00816 JF |
| | : | |
| v. | : | The Hon. Jeremy Fogel |
| | : | |
| TECHNOLOGY PROPERTIES LTD., PATRIOT SCIENTIFIC CORP., and ALLIACENSE LTD. | : | |

### VOLUNTARY DISMISSAL BY STIPULATION AND ORDER

Plaintiff Sirius XM Radio Inc. and Defendants Technology Properties Ltd., Patriot Scientific Corp., and Alliacense Ltd. have agreed to terms and conditions representing a negotiated settlement of Plaintiffs' pending claims and Defendants' pending counterclaims in the above action and have set forth those terms and conditions in a Settlement Agreement.

Now the parties, by their respective undersigned attorneys, hereby stipulate and agree as follows:

IT IS this ___ day of July, 2010

ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. The Plaintiff's pending claims and the Defendants' pending counterclaims in the above actions are dismissed with prejudice, with each party to bear its own fees and costs, including attorneys' fees.



3. This Court retains jurisdiction to supervise performance under this Stipulation of Dismissal and the Settlement Agreement.

Dated: July 14, 2010

Respectfully submitted,

SIRIUS XM RADIO INC.

By: _____
One of Their Attorneys

Jonathan S. Caplan
William J. Spatz
Aaron M. Frankel
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Robert K Luckinbill
GCA Law Partners LLP
1891 Landings Dr.
Mountain View, CA 94043
(650) 428-3900

TECHNOLOGY PROPERTIES LTD. AND ALLIACENSE, INC.

By: _____
One of Their Attorneys

John L. Cooper
Jeffrey M. Fisher
Nan E. Joesten
Eugene Y. Mar
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PATRIOT SCIENTIFIC CORPORATION

By: _____
One of Their Attorneys

Charles T. Hoge
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
(619) 231-8666