| | |
|---|---|
| William J. Spatz (*pro hac vice*)<br>  wspatz@kramerlevin.com<br>Jonathan S. Caplan (*pro hac vice*)<br>  jcaplan@kramerlevin.com<br>Aaron M. Frankel (*pro hac vice*)<br>  afrankel@kramerlevin.com)<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br><br>Attorneys for Plaintiffs<br><br>SIRIUS XM RADIO INC. | John L. Cooper  (State Bar No. 050324)<br>  jcooper@fbm.com<br>Jeffrey M. Fisher (State Bar No. 155284)<br>  jfisher@fmb.com<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorney for Defendants<br>TECHNOLOGY PROPERTIES LIMITED<br>and ALLIACENSE LIMITED<br><br>Charles T. Hoge, Esq. (State Bar No. 110696)<br>  choge@knlh.com<br>Kirby Noonan Lance & Hoge<br>35 Tenth Avenue<br>San Diego, CA 92101<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593<br><br>Attorney for Defendants<br>PATRIOT SCIENTIFIC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIRIUS XM RADIO INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TECHNOLOGY PROPERTIES LIMITED,<br>PATRIOTIC SCIENTIFIC CORPORATION,<br>and ALLIACENSE LIMITED,<br><br>    Defendants. | Case No.  5:10-cv-00816-JF<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL BY STIPULATION**<br><br>The Honorable Jeremy Fogel |

Having considered the Voluntary Dismissal by Stipulation and Order filed on July 26, 2010, IT IS HEREBY ORDERED:

1. The Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. The Plaintiff's pending claims and the Defendants' pending counterclaims in the

1  above actions are dismissed with prejudice, with each party to bear its own fees and costs,

2  including attorneys' fees; and

3      3.    The Court retains jurisdiction to supervise performance under the Stipulation of

4  Dismissal and the Settlement Agreement.

5  IT IS SO ORDERED.

6

7  DATED: 7/30/10

    The Honorable Jeremy Fogel
    United States District Judge

[PROPOSED] ORDER GRANTING VOLUNTARY
DISMISSAL BY STIPULATION    2
Case No. 5:10-cv-00816-JF

23129\2326950.1